In the Matter of the Claim of BLUME R. FICHTNER, Appellant, against SIMAX STATIONERY Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.

Submitted October 20, 1948; decided November 24, 1948.

*Robert I. Lennox* for appellant.

*Jeremiah F. Connor* for Simax Stationery Company, and another, respondents.

Order affirmed, with costs; no opinion.

Concur: LEWIS, CONWAY, DYE and FULD, JJ. Dissenting: LOUGHRAN, Ch. J., and DESMOND, J.